# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KENT ANDREWS

v.                              NO. 3:05CV00197 SWW

STEEL RELATED TECHNOLOGY LLC

### O R D E R

Plaintiff having been granted leave of court to proceed in forma pauperis,

IT IS ORDERED that, pursuant to Rule 4(c)(iii) of the Federal Rules of Civil Procedure, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the defendant(s) in this action.

The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 24th day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE