# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KENT ANDREWS

vs.                                        NO. 3:05CV00197 SWW

STEEL RELATED TECHNOLOGY LLC

### ORDER

The parties have been notified that the above matter which is scheduled for trial to the Court the week beginning November 13, 2006, will be continued due to a criminal trial scheduled for the same date which is anticipated to go to trial. Defendant has filed a motion for summary judgment in this matter, and a new trial date will be scheduled following resolution of such motion, if necessary.

IT IS SO ORDERED this 31st day of October, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE