IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| KENT ANDREWS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No.3:05cv000197 SWW |
| | * | |
| | * | |
| | * | |
| STEEL RELATED TECHNOLOGY, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 9th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE