# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KENT ANDREWS

vs.                              NO.   3:05CV00197 SWW

STEEL RELATED TECHNOLOGY, LLC

### ORDER

Pending before the Court is the motion for reimbursement of out of pocket expenses filed by Mark Nichols, appointed counsel for plaintiff, which the Court interprets as an application for a disbursement of funds from the Library Fund pursuant to Local Rule 83.6 of the Local Rules for the Eastern and Western Districts of Arkansas.

In addition to other expenses, counsel has requested reimbursement for travel expenses. However, counsel has failed to itemize these expenses which is required by Local Rule 83.6, Exhibit A.

IT IS THEREFORE ORDERED that counsel file an amended application with an itemized explanation of the expenses requested, along with copies of any receipts, within 15 days of the entry of this order.

DATED this 16th day of February, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE