# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KENT ANDREWS

vs.                                              NO. 3:05CV00197 SWW

STEEL RELATED TECHNOLOGY, LLC

### **ORDER**

Pending before the Court is the amended and substituted application filed by Mark W. Nichols, appointed counsel for plaintiff, for reimbursement of his costs from the Library Fund pursuant to Local Rule 83.6 of the Local Rules for the Eastern and Western Districts of Arkansas. Counsel seeks $2,361.57 as reimbursement for his out-of-pocket expenses incurred in representing plaintiff in this case.

Under Local Rule 83.6, reimbursement of out-of-pocket expenses of appointed counsel may be paid from monies derived from annual fees paid by attorneys admitted to practice before the Court. Local Rule 83.6(5) states that an application for disbursement from the fund must be made in accordance with policies and guidelines contained in Exhibit A to Rule 83.6. Subsection two (2) of the policies and guidelines states that before an attorney "expends an amount above $500.00, for which that attorney intends to seek reimbursement from the fund, written approval must be obtained from a district court judge or a magistrate judge." Additionally, subsection three (3) of the Rule states that before any single expenditure in excess of $500.00 is authorized, the district court judge or magistrate judge shall inquire of the Clerk of the Court as to the impact of the proposed expenditure on the fund.

Here, counsel failed to receive the required approval for expenditures in excess of $500.00. Accordingly, the Court is unable to fully grant counsel's request.[1]

The Clerk of the Court is directed to distribute to Mark W. Nichols of the law firm of Nichols & Campbell, P.A., the amount of $500.00 from the reimbursement of out-of-pocket expenses' fund. A copy of this order, along with the application for reimbursement, shall be placed in the fund and maintained by the Clerk of the Court.

IT IS SO ORDERED this 28th day of March, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion for bill of costs (Doc. #50) is denied as moot.